No. 1002, Misc.   CHANDLER v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1007, Misc.   VACCA v. FIELD, MEN'S COLONY SUPERINTENDENT.

No. 1009, Misc.   NATHANIEL v. TEXAS.   Dist. Ct. Brazoria County, Tex., 23d Jud. Dist.   Certiorari denied.

No. 1011, Misc.   ARGO v. SIMPSON, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 1012, Misc.   KROLL v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1013, Misc.   PEREZ v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 1016, Misc.   BROWN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1028, Misc.   MAYBERRY v. NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.   *Richard Newman* for petitioner.

No. 397, Misc.   PRENDEZ v. CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that certiorari should be granted, the judgment vacated, and the case remanded for further consideration in light of *Peyton* v. *Rowe,* 391 U. S. 54.   *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edward A. Hinz, Jr.,* Deputy Attorney General, for respondent.